```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ELAINE WANG,                                                           :
                                                                       :
                              Plaintiff,                               :
                                                                       :      21 Civ. 8430 (JPC)
               -v-                                                     :
                                                                       :      Order
                                                                       :
ACCELERON PHARMA INC., et al.,                                         :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff Elaine Wang filed the Complaint in this case on October 13, 2021.  *See* Dkt. 1.  Yet no summons has issued, and no proof of service has been filed.  By December 29, 2021, Wang shall file a letter updating the Court on the status of this case.

      SO ORDERED.

Dated: December 27, 2021
       New York, New York

                                                          JOHN P. CRONAN
                                                 United States District Judge